IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MIKE GOODE, Revenue Officer, Internal Revenue Service, ) ) ) | 1:08-cv-00791 AWI GSA |
| Petitioners, ) ) | ORDER RE: SERVICE |
| v. ) ) | |
| THOMAS FINCH, ) ) | |
| Respondent. ) ) | |

On September 15, 2008, this Court issued Findings and Recommendations Regarding Petition to Enforce Internal Revenue Summons. (Document 11). On September 15, 2008, Petitioners filed a proof of service indicating the Findings and Recommendations had been served on Respondent. (Doc. 13). However, the Findings and Recommendations incorrectly identified the Respondent in the caption. Accordingly, the Court issued Amended Findings and Recommendations on September 22, 2008, which corrected the caption and vacated the Findings and Recommendations issued on September 15, 2008. The Amended Findings and Recommendations contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) court days of the date of service of the order. To date, there is no proof of service on file indicating the Amended Findings and Recommendations were served on Respondent Thomas Finch. Accordingly, the Court

hereby directs Petitioners to (1) file a certificate of service within ten (10) court days demonstrating that they served Respondent with a copy of the Amended Findings and Recommendations; and/or (2) serve the Amended Findings and Recommendations on Respondent and file proof of such service within ten (10) court days.

IT IS SO ORDERED.

Dated: **October 17, 2008**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE