# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and MIKE GOODE, Revenue Officer, Internal Revenue Service, | ) ) ) | 1:08-cv-00791 AWI GSA |
| Petitioners, | ) ) ) | ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS |
| v. | ) ) ) ) | ORDER REQUIRING RESPONDENT'S APPEARANCE ON DECEMBER 15, 2008 AT 10:00 A.M. |
| THOMAS FINCH, | ) ) | (Documents #1 & #13) |
| Respondent. | ) ) | |

　　On September 22, 2008, the Magistrate Judge issued Amended Findings and Recommendations that Petitioners' petition to enforce the IRS summons be granted and that Respondent be ordered to appear in obedience to the summons on November 6, 2008, at 10:00 a.m. at the IRS Office located at 4825 Coffee Road, Bakersfield, California.  These Amended Findings and Recommendations were served on Respondent on October 17, 2008, and contained notice that any objections to the Amended Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order.  More than fifteen (15) court days have passed and no party has filed objections.

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

The court notes that the date by which Respondent was to appear at the IRS office has now passed.  The Magistrate Judge issued the original Findings and Recommendations in this matter on September 15, 2008, which ordered Respondent to appear at the IRS office on November 6, 2008.   However, theses Findings and Recommendations incorrectly identified the Respondent in the caption, and the Magistrate Judge vacated the initial Findings and Recommendations issued on September 15, 2008, and issued Amended Findings and Recommendations on September 22, 2008, with a corrected caption.  Respondent has had notice of the recommendation to appear at the IRS office on November 6, 2008 since service of the initial Findings and Recommendations.   However, in the interests of justice, the court will order Respondent's appearance at a later date.

Accordingly, IT IS HEREBY ORDERED that:

1. The Amended Findings and Recommendations issued September 22, 2008, are ADOPTED;
2. The petition to enforce the IRS summons filed by Petitioners is GRANTED; and
3. Respondent is ORDERED to appear in obedience to the summons on December 15, 2008, at 10:00 a.m., at the IRS Office located at 4825 Coffee Road, Bakersfield, California.

IT IS SO ORDERED.

Dated:   **November 18, 2008**           **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE