1  LAWRENCE G. BROWN
   Acting United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4040
5  Facsimile: (559) 497-4099

6
   Attorneys for Petitioners,
7  UNITED STATES OF AMERICA, and
   MIKE GOODE, Revenue Officer,
8  Internal Revenue Service

9

10           IN THE UNITED STATES DISTRICT COURT FOR THE

11               EASTERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA, and)   Case No.: 1:08-CV-00791 AWI-GSA
13 MIKE GOODE, Revenue Officer, )
   Internal Revenue Service,    )   **ORDER VACATING MANDATORY**
14                              )   **SCHEDULING CONFERENCE, DISMISSING**
               Petitioners,     )   **CASE, AND CLOSING FILE**
15                              )
      v.                        )
16                              )
   THOMAS FINCH,                )
17                              )
               Respondent.      )
18 _____ )

19      The Court having reviewed Petitioners' Notice of Compliance,

20 Request to Vacate Mandatory Scheduling Conference, Request to

21 Dismiss Case and Suggestion to Close File, and good cause

22 appearing,

23      IT IS HEREBY ORDERED that the Scheduling Conference set for

24 August 31, 2009, is vacated, and this case is dismissed.   The

25 Clerk of the Court is DIRECTED to close this case.

26 IT IS SO ORDERED.

27 **Dated:    July 31, 2009**              **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE
28

                                     1

                     _____